**DISMISS; and Opinion Filed May 15, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01234-CV

**STO CORP., Appellant**
**V.**
**CANAL SIDE LOFTS, LTD., ANDRES CONSTRUCTION SERVICES, LLC, P&M PLASTERING CONTRACTORS, LTD., AND PMPC, INC., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-04649-B**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Brown and Stoddart
Opinion by Justice Brown

Before the Court is appellant's motion to dismiss the appeal. Appellant has informed the

Court that the parties have settled their differences. Accordingly, we grant appellant's motion

and dismiss the appeal.

/Ada Brown/
ADA BROWN
JUSTICE

141234F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

STO CORP., Appellant

No. 05-14-01234-CV        V.

CANAL SIDE LOFTS, LTD., ANDRES
CONSTRUCTION SERVICES, LLC,
P&M PLASTERING CONTRACTORS,
LTD., AND PMPC, INC., Appellees

On Appeal from the 44th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-11-04649-B.
Opinion delivered by Justice Brown.  Chief
Justice Wright and Justice Stoddart,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees CANAL SIDE LOFTS, LTD., ANDRES CONSTRUCTION SERVICES, LLC, P&M PLASTERING CONTRACTORS, LTD., AND PMPC, INC. recover their costs of this appeal from appellant STO CORP..

Judgment entered this 15th day of May, 2015.